UNITED STATES DISTRICT COURT

IN AND FOR EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMI ABGHARI, ARON MORTENSON, BRYANT DELZER and MICHAEL BOUCHARD,<br>　　　　　Plaintiffs,<br>　　v.<br>AACRES WA, LLC,<br>　　　　　Defendant. | No. CV-08-075-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS ABGHARI AND MORTENSON, WITHOUT PREJUDICE AS TO PLAINTIFF DELZER AND WITHOUT COSTS TO ANY PARTY |

**THIS MATTER** having come on before the undersigned Judge of the above entitled court, based on the Stipulation of the parties, Ct. Rec. 57, that the claims of Plaintiffs Hami Abghari and Aron Mortenson be dismissed with prejudice and without costs; the claims of Plaintiff Bryant Delzer be voluntarily dismissed without prejudice and without costs, and the claims of Michael Bouchard having been dismissed without prejudice on March 13, 2009 (Ct. Rec. 54), accordingly,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and without costs to any party as to the claims by Hami Abghari and Aron Mortenson and voluntarily dismissed without prejudice and without costs to any party as to the claims by Bryant Delzer.

The District Court Executive is directed to file this order, provide copies to counsel and any pro se parties, and CLOSE THIS FILE.

**DATED** this 8th day of May, 2009.

　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Lonny R. Suko
　　　　　　　　　　　　　　　　　United States District Court Judge